UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60017-CR-ALTMAN

UNITED STATES OF AMERICA

v.

TONYE JOHNSON,

    Defendant.

ORDER APPROVING STIPULATION AND SETTLEMENT AGREEMENT
BETWEEN THE UNITED STATES AND TONYE JOHNSON

The United States moves to Approve Stipulation and Settlement Agreement ("Agreement") between the United States and Defendant Tonye Johnson ("Defendant") [ECF No. 52] (the "Motion"). Having carefully reviewed the Motion, the Stipulation and Settlement Agreement, and the governing law, the Court hereby **ORDERS and ADJUDGES** that:

1. The Motion [ECF No. 52] is **GRANTED**.

2. The Stipulation and Settlement Agreement is **APPROVED**.

3. The Court will retain jurisdiction to grant such other relief as may be necessary to effectuate the Agreement.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 30th day of July 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record